JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON MACARAIG,** | ) Case No. **2:14-cv-08946-PA (JEMx)** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **EQUIFAX INFORMATION SERVICES, LLC., AND CAPITAL ONE BANK, N.A.,** | ) |
| Defendants. | ) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

   **JS-6**                           Dated this 11th day of March, 2015.

                                        _____
                                        The Honorable Percy Anderson